UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

IOSIF BONDARCHUK,

Defendant.

**UNSEALING ORDER**

24 Cr. 312 (RA)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Kingdar Prussien;

It is found that the transcript of the December 16, 2025, change-of-plea hearing concerning defendant Iosif Bondarchuk in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that transcript unsealed, and it is therefore:

ORDERED that the transcript of the December 16, 2025, change-of-plea hearing concerning defendant Iosif Bondarchuk in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          February 4, 2026

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK